IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A.     ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff,     ) | NO 4:18-cv-00107-CDL |
| ) | |
| v.     ) | |
| ) | |
| JAMES I. RICHMOND,     ) | |
| CAPITAL ONE BANK (USA) N.A.,     ) | |
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Defendants.     ) | |

## CONSENT MOTION FOR SUBSTITUTION OF COUNSEL

COME NOW Plaintiff Wells Fargo Bank, N.A., and hereby moves the Court for an order allowing the withdrawal of Paul G. Wersant and substitution of Elizabeth Blair Weatherly and Ryan Starks of Phelan Hallinan Diamond & Jones, PLLC as lead counsel in this matter. In support of this Motion, Plaintiff shows the Court the following:

1. Plaintiff has requested the substitution of counsel.

2. Mr. Wersant has agreed that he will be relieved of all responsibility relating to Plaintiff in this matter.

3. The substitution will not cause any delay or result in any prejudice to the Defendants.

WHEREFORE, Plaintiff moves this Court for an Order allowing the substitution of Elizabeth Blair Weatherly and Ryan Starks as lead counsel of record for Plaintiff and relieving Paul G. Wersant, from any responsibilities relating to Plaintiff in this matter.

Respectfully submitted this 18th day of October, 2018.

    /s/ Elizabeth Blair Weatherly
Elizabeth Blair Weatherly
Georgia Bar No. 672518
Ryan Starks
Georgia Bar No. 676512
11675 Great Oaks Way, Suite 375
Alpharetta, Georgia 30022
(770) 393-4300 (Telephone)
(770) 393-4310 (Facsimile)
Blair.Weatherly@phelanhallinan.com
Ryan.Starks@phelanhallinan.com
*Attorneys for Plaintiff*

CONSENTED TO BY:

*/s/ Paul G. Wersant*
Paul G. Wersant
Georgia Bar No. 74341
(678) 894-5876 (Telephone)
pwersant@gmail.com

## **CERTIFICATE OF COUNSEL**

I hereby certify that the foregoing Consent Motion for Substitution of Counsel has been prepared with Time New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

/s/ Elizabeth Blair Weatherly
Elizabeth Blair Weatherly
Georgia Bar No. 672518
Ryan Starks
Georgia Bar No. 676512
11675 Great Oaks Way, Suite 375
Alpharetta, Georgia 30022
(770) 393-4300 (Telephone)
(770) 393-4310 (Facsimile)
Blair.Weatherly@phelanhallinan.com
Ryan.Starks@phelanhallinan.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day of October 18, 2018, I electronically filed the foregoing Consent Motion for Substitution of Counsel with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notice of such filing to the following of record:

Valerie G. Long
906 Third Ave.,
Columbus, GA 31901
lawofficevglong@yahoo.com

Bernard Snell
US Attorney's Office
P.O. Box 1702
Macon, GA 31202-1702
Bernard.snell@usdoj.gov

    /s/ Elizabeth Blair Weatherly
Elizabeth Blair Weatherly
Georgia Bar No. 672518
Ryan Starks
Georgia Bar No. 676512
11675 Great Oaks Way, Suite 375
Alpharetta, Georgia 30022
(770) 393-4300 (Telephone)
(770) 393-4310 (Facsimile)
Blair.Weatherly@phelanhallinan.com
Ryan.Starks@phelanhallinan.com